IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **NIKITA LOKTEV,** *et al.* § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Action No. 4:26-cv-00111-O-BP |
| § | |
| **JOSEPH EDLOW,** § | |
| *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER

On February 3, 2026, the *pro se* plaintiffs filed a complaint against the defendants. ECF No. 1. Because they paid the filing fee, the plaintiffs are now responsible for serving the defendants with a summons and a copy of the complaint in this case as provided by Rule 4(c) of the Federal Rules of Civil Procedure. If the defendants are not served within 90 days after the filing of the amended complaint, the action is subject to dismissal without prejudice. *See* Fed. R. Civ. P. 4(m). In addition, Fed. R. Civ. P. 4(l) requires the plaintiffs to file proof of service with the Court unless service is waived. This proof must consist of "the server's affidavit" if service was not effected by the United States Marshal or a deputy marshal. *Id.* If the plaintiffs do not file a valid return of service or otherwise show that the defendants were properly served, this action may be dismissed as to any defendant who was not properly served.

The Court also cautions the plaintiffs that they cannot serve the summons and complaint on the defendants themself. "Any person who is at least 18 years old and *not a party* may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2) (emphasis added).

If she has not already done so, the Clerk of the Court shall send a summons form for the defendants and a copy of Fed. R. Civ. P. 4 to the plaintiffs.

It is so **ORDERED** on February 4, 2026.

                                                      Hal R. Ray, Jr.
                                                     UNITED STATES MAGISTRATE JUDGE